UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 11 B 30306 |
|---|---|
| Sandrea Townsend | |
| Debtor(s) | |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/25/2011.

2) The plan was confirmed on 09/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/07/2011, 08/20/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2012, 05/30/2012, 01/08/2014.

5) The case was Dismissed on 02/03/2014.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,758.10 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,758.10** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $300.10 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$300.10** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance America | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Allegius Credit Union | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Allied Cash Advance | Unsecured | 287.50 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,084.55 | 834.27 | 834.27 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 850.00 | 625.09 | 625.09 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Ameriloan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,020.00 | 1,020.31 | 1,020.31 | 0.00 | 0.00 |
| Bureau Of Recovery | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 1,095.00 | 1,095.13 | 1,095.13 | 0.00 | 0.00 |
| Chase | Unsecured | 221.04 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 123.24 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | NA | 629.04 | 629.04 | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Services | Unsecured | 1,538.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Services | Unsecured | 3,670.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Services | Unsecured | 1,811.00 | NA | NA | 0.00 | 0.00 |
| First Cash | Unsecured | 213.14 | NA | NA | 0.00 | 0.00 |
| Gleason & Gleason | Priority | 3,000.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | NA | 7,050.87 | 7,050.87 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 200.00 | 320.00 | 320.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 360.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| Loan Express Company | Unsecured | 400.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Loan Express Company | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Midwest Credit Inc | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| National Capital Management LLC | Unsecured | NA | 297.79 | 297.79 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| National Capital Management LLC | Secured | 11,450.00 | 11,747.79 | 11,450.00 | 5,158.54 | 1,299.46 |
| Nco / Inovision-Medclr | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Northern Indiana Public Ser | Unsecured | NA | 264.85 | 264.85 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,567.00 | 1,566.56 | 1,566.56 | 0.00 | 0.00 |
| QVC | Unsecured | 868.20 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | NA | 720.40 | 720.40 | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| U Of I Employees CU | Unsecured | 250.00 | 253.21 | 253.21 | 0.00 | 0.00 |
| Zoom Payday | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,450.00 | $5,158.54 | $1,299.46 |
| **TOTAL SECURED:** | **$11,450.00** | **$5,158.54** | **$1,299.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,507.52** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $300.10 |
| Disbursements to Creditors | $6,458.00 |
| **TOTAL DISBURSEMENTS :** | **$6,758.10** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/21/2014         By: /s/ Marilyn O. Marshall
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**